IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

Richard A. Smith Jr.

ID. 03666-087

*Your full name*

AUG - 3 2020

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.

CO Sines Hospital Transport Officer
CO #1 Hospital Transport Officer
CO #2 Hospital Transport Officer

Civil Action No.: 5:20-cv-154
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Blalock

*Enter above the full name of defendant(s) in this action*

I. <u>JURISDICTION</u>

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II. <u>PARTIES</u>

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Name of Plaintiff: Richard A. Smith Jr. Inmate No.: 03666-087
           Address: Federal Correctional Institution, Hazelton, P.O. Box 5000, Bruceton Mills, W.Va. 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B. Name of Defendant: CO Sines
Position: Federal Corrections Officer
Place of Employment: FCI Hazelton
Address: P.O. Box 5000, Bruceton Mills, W.Va. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: First Officer I met and was Searched by before Transported to Hospital

B.1 Name of Defendant: Name Unknown at this Point - CO John Doe No.1
Position: Federal Corrections Officer - Transport for Medical
Place of Employment: Federal Complex, Hazelton
Address: P.O. Box 5000 Bruceton Mills, W.Va. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Officer transported me from hospital, refused to get shoes from R&D had me walk from Outside Institution to Medical in stocking feet knowing that I was recovering from Pneumonia

B.2 Name of Defendant: Name Unknown at this point CO John Doe No.2
Position: Federal Corrections Officer - Transport for Medical
Place of Employment: Federal Complex, Hazelton
Address: P.O. 5000, Bruceton Mills, W.Va. 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: Officer transported me from hospital, refused to get shoes from R+D, had me walk from outside Institution to Medical in my stocking feet knowing that I was recovering from Pneumonia

B.3  Name of Defendant: _____
     Position: _____
     Place of Employment: _____
     Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

B.4  Name of Defendant: _____
     Position: _____
     Place of Employment: _____
     Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

B.5   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: F.C.I Hazelton, P.O. Box 5000, Bruceton Mills, W.Va. 26525

A.   Is this where the events concerning your complaint took place?
     ☒ Yes   ☐ No

     If you answered "NO," where did the events occur? _____

B.   Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

C.   Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
     ☒ Yes   ☐ No

D.   If your answer is "NO," explain why not: _____
     _____
     _____
     _____

E.   If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

and state the result at level one, level two, and level three. **<u>ATTACH GRIEVANCES AND RESPONSES:</u>**

LEVEL 1 <u>Filed BP 8 - Tried to make this a tort claim</u>
LEVEL 2 <u>Filed BP 9 - refused to respond, stamped date and returned</u>
LEVEL 3 <u>Filed BP 10 - refused to respond, stamped date and returned</u>

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

    A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? ☐ Yes ☒ No

    B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1. Parties to this previous lawsuit:

            Plaintiff(s):_____

            Defendant(s):_____

        2. Court: _____
            *(If federal court, name the district; if state court, name the county)*

        3. Case Number:_____

        4. Basic Claim Made/Issues Raised: _____
_____
_____
_____

        5. Name of Judge(s) to whom case was assigned:
_____

        6. Disposition: _____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7. Approximate date of filing lawsuit:_____

8. Approximate date of disposition. Attach Copies: _Sept. 8, 2019_

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
   ☒ Yes   ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
_Filed all paperwork, and at one point I was informed that nothing was going to happen, you take us to court Quote_

E. Did you exhaust available administrative remedies?
   ☒ Yes   ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
_Filed BP-8 - Unit Manager tried to make claim a tort Claim_
_BP-9 - no relief or response, Worden refused to answer_
_BP-10 - Informed that I didn't include 9, which I had done, refused to respond, stamped 2 dates, refused to respond,_
_BP-11 Filed to Reigion stamped and sent back_

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

   1. Parties to previous lawsuit:

Plaintiff(s): _N/A_

Defendant(s): _N/A_

2. Name and location of court and case number:

   _N/A_

3. Grounds for dismissal: ☐ frivolous ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _N/A_

5. Approximate date of disposition: _N/A_

## V. STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: _Deliberate Indifference_

Supporting Facts: _Made to walk from outside Instition [scratched out]_

to medical inside Institution, made to strip before arriving at Hospital, refused to supply shoes.

CLAIM 2: _____

Supporting Facts: _____

CLAIM 3: _____

Supporting Facts: _____

CLAIM 4: _____

Supporting Facts: _____

CLAIM 5: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Deliberate Indifference - no sick call at a level 3 or Federal Medical Facility Waited 2 hours with pneumonia with no treatment, strip searched before being medical Transferred by an ambulance (an Emergency), Forced to walk without shoes, in socks across compound when just released from Hospital (with Pneumonia), no medical evaluation nor prescription given for 5 days (ordered) withholding physician ordered Med. not seen by physician for 5 days after hospital released me (should have been within 24 hours Hospital Doctor prescribed 2 medications given 1 with wrong dose, never recieved Doctors prescript 14 days later

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Force Institution to have protocol for Officers transporting inmates to and from Hospital be compensated for damages for deliberate indifference (pecuniary Damages

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _FCI Hazelton_ on _5-9-20_.
     (Location)      (Date)

_[signature]_
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Richard A. Smith Jr.
#03666-087
*Your full name*

FILED

AUG - 3 2020

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

v.

Civil Action No.: 5:20-cv-154

CO Sines Medical Transport
CO John Doe 1, Medical Transport
CO John Doe 2, Medical Transport

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Richard A. Smith Jr. (your name here), appearing *pro se*, hereby certify that I have served the foregoing Civil Action Suit (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on _____ (insert date here):

(List name and address of counsel for defendant(s))

Counsel for Defendants
Unknown

_____
(sign your name)